THE PEOPLE OF THE STATE OF NEW YORK v. NASSAU NEWS COMPANY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL W. GREENWALD, as Receiver, etc., v. LOUIS BRODEY and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CONRON BROS. COMPANY v. C. L. POOLE CO., INC.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CARRIE T. WINEGARD v. LOUIS LEVY and Another, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MARGUERITE R. WALKER v. WALTER B. WALKER.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, Finc and McAvoy, JJ.

In the Matter of the Judicial Settlement of Account of ALFRED A. L. BENNETT and Another, as Executors, etc., of JOHN B. SUFFERN, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CARL L. VIETOR v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HECKSCHER BUILDING CORPORATION v. MARYLAND CASUALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN N. TONNELE and Others, as Executors, etc., v. HENRY PARISH and Another, as Executors, etc., Impleaded with FRANCIS S. WETMORE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HENRY B. CLOSSON and Another, as Executors, etc., v. SUSAN GRIFFITH and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of FRANK M. LEAVITT, as Administrator, etc., v. FRANCIS R. STODDARD, JR., Superintendent of Insurance, and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.